IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 22-cv-00150-RMR-NRN | Date: August 31, 2023 |
| Courtroom Deputy: Román Villa | FTR: Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| JESSICA COMBS, individually, and JESSICA COMBS and NICK COMBS, as the parents and legal guardians of B.C., a minor child, | Elizabeth Torma<br>Jessica Prochaska |
| Plaintiffs, | |
| v. | |
| NORDSTROM, INC. d/b/a NORDSTROM CAFÉ BISTRO, | Caitlin McHugh |
| Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC MOTION HEARING**

**12:01 p.m.    Court in session.**

Court calls case. Appearances of Counsel. Preliminary remarks by the Court.

This matter is before the Court regarding Motion to Vacate Pursuant to Fed. R. Civ. P. 60(b)(3) (Dkt. #58) and Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (Dkt. #63).

Arguments by counsel.

For the reasons stated on the record, it is

**ORDERED:**   Motion to Vacate Pursuant to Fed. R. Civ. P. 60(b)(3) (Dkt. #58) is **DENIED**.  The Court finds that the Defendant has not met its burden of proving an intent to defraud on the part of Plaintiffs or Plaintiff's counsel. The Court also finds that, based on the evidence submitted, the Defendant has not met its burden of proving that the Plaintiffs' were domiciled in Arizona at the time of the filing of the operative Complaint.

**ORDERED:**   Motion for Sanctions Pursuant to Fed. R. Civ. P. 11 (Dkt. #63) is **DENIED**. If Defense Counsel feels that there is sufficient misconduct by Plaintiff's counsel to merit discipline, Defense Counsel is free to file a complaint with the Committee on Conduct for the District of Colorado.

**12:36 p.m.**   **Court in recess.**

Hearing concluded.
Total in-court time:   00:35

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.